# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SALAZAR,<br><br>                              Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.,<br><br>                              Defendant. | Case No.: 3:17-cv-00720-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 16] |

On August 9, 2017, the parties filed a joint motion to dismiss the case in its entirety with prejudice. (Doc. No. 16.) The Court grants the motion and dismisses the entire action with prejudice. Each party will bear their respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO ORDERED.**

DATED: August 10, 2017

_____
Hon. Marilyn L. Huff
United States District Judge